# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CR-00182-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MARCUS L. DILLARD (2), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 26), the Indictment, (Doc. No. 3), as to Marcus Dillard, without prejudice, following his plea to an Information in Case No. 3:13-cr-226.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 26), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** as to Marcus Dillard, without prejudice.

Signed: November 21, 2013

Robert J. Conrad, Jr.
United States District Judge